Case 4:22-cv-01432   Document 24   Filed on 07/18/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LACHELLE COURTNEY**, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PJ FAST, LLC, PJ FAST ANNA, LLC, PJ FAST, GREENVILLE, LLC, PJ FAST LAKEWAY, LLC, PJ FAST PARIS, LLC, PJ FAST VICTORIA, LLC, and PJ FAST LAWTON, LLC,<br><br>Defendants. | Case No. 4:22-cv-01432<br><br>Collective Action Complaint<br><br>Jury Trial Demanded |

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pending before this Court is the parties' Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation"). The Court finds the Joint Stipulation is well-taken and should be and hereby is **GRANTED** in all respects.

The Court hereby grants the Joint Stipulation and orders that this case is dismissed with prejudice, Plaintiff's claims are dismissed with prejudice, and each party will bear their own costs and attorneys' fees and costs in conformance with the Joint Stipulation.

Signed on this 18th day of July, 2022.



**HONORABLE JUDGE ESKRIDGE PRESIDING**

128109713v.2